MINUTE ENTRY
MOORE, M.J.
JULY 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                  NO: 00-263

HARRISON ENCLARDE                                       SECTION " C"

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X  ASSISTANT U.S. ATTORNEY  GINA VANN
              X  PROBATION OFFICER        JILL M. SCHNECKENBURGER  *Brian Bonds for*
              __ INTERPRETER _____  SWORN
                 (TIME: ____.M to ____.M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X /REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X /FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X /DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    *August 8, 2008 at 10:00 AM*
X /DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    *July 31, 2008 at 2:00 P.M*
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN

MJSTAR:  :08

__ Fee
__ Process
X  Dktd
__ CtRmDep
__ Doc. No