UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   00-263 |
| v. | * | SECTION:   "C" |
| HARRISON ENCLARDE | * | |

\* \* \*

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorneys, and respectfully requests that this Court enter an order allowing Gina Vann be substituted for Michael W. Magner.

1

**WHEREFORE,** undersigned counsel respectfully requests that Gina Vann be substituted for Michael W. Magner as counsel of record for the United States of America. The government further requests that Michael W. Magner be withdrawn as counsel of record.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    s/ Michael W. Magner
    MICHAEL W. MAGNER
    Assistant United States Attorney
    Louisiana Bar Roll No. 1206
    Hale Boggs Federal Building
    500 Poydras Street, Second Floor
    New Orleans, Louisiana  70130
    Telephone:  (504) 680-3103
    Michael.Magner@usdoj.gov

    s/ Gina Vann
    GINA VANN
    Assistant United States Attorney
    Hale Boggs Federal Building
    500 Poydras, Room 210
    New Orleans, Louisiana  70130
    Telephone:  (504) 680-3073
    Gina.Vann@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

    s/Michael W. Magner
    MICHAEL W. MAGNER
    Assistant United States Attorney