UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   00-263 |
| v. | * | SECTION:   "C" |
| HARRISON ENCLARDE | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that Gina Vann be substituted for Michael W. Magner as counsel of record for the United States of America in the above-captioned case.

**IT IS FURTHER ORDERED** that Michael W. Magner be withdrawn as counsel of record in the above-captioned case.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE