UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-263 |
| v. | * | SECTION: "C" |
| HARRISON ENCLARDE | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through undersigned Assistant United States Attorney, and respectfully represents:

I.

Defendant, Harrison Enclarde, plead guilty in this Court on October 25, 2000, for violating Title 18, United States Code, Section 922(j) and Section 924(a)(2), Possession of a Stolen Firearm. On February 14, 2001, Enclarde was sentenced to serve a thirty-seven month term of imprisonment followed by a three year term of supervised release. The terms and conditions of Enclarde's supervised release are set forth in the Judgement and Commitment signed on February 14, 2001. (A copy of the Judgement and Commitment Order is attached as Exhibit 1 and incorporated by reference). A Petition for Warrant or Summons for Offender Under Supervision was

filed on July 15, 2008.  (A copy of the Petition for Warrant or Summons for Offender Under Supervision is attached as Exhibit 2 and incorporated by reference.)

Enclarde violated the terms and conditions of his supervised release in the manner set forth in Exhibit 2.

**WHEREFORE**, the government prays that Enclarde be brought before this Court on the **20th** day of **August, 2008**, at **9:00 a.m.,** 500 Poydras Street, New Orleans, Louisiana, and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why supervised  release should not be revoked for his failure to abide by the terms of said supervised release.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY


    s/Gina S. Vann
    GINA S. VANN              .
    Assistant United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, 210-B
    New Orleans, Louisiana  70130
    Telephone:  (504) 680-3073


**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2008 I automatically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    s/Gina S. Vann
    Assistant United States Attorney