Prob12C (7/93)

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** HARRISON ENCLARDE          **Case Number :** 053L 2:00CR00263-001C

**Name of Sentencing Judicial Officer :** Honorable Helen G. Berrigan

**Offense :** Counts 1 and 2: 18 USC 922(j) and 924(a)(2) - Possession of a stolen firearm

**Date of Sentence :** February 14, 2001

**Sentence :** 37 months in the custody of the Bureau of Prisons, as to Counts 1 and 2, to run concurrently, to be followed by a three year term of supervisied release, as to Counts 1 and 2, to run concurrently. A $200.00 special assessment fee was also ordered.

**Special Conditions :**

1. Orientation and life skills
2. Drug treatment

**Type of Supervision :**    Supervised Release          **Date Supervision Commenced :** September 05, 2006

**Assistant U .S. Attorney :**    Gina Vann          **Defense Attorney :** Gary Schwabe

---

### PETITIONING THE COURT

[ X ] To issue a warrant                              [ ] To issue a summons

For the arrest of Harrison Enclarde for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non -Compliance |
|---|---|
| Special Condition No. 2 | Enclarde submitted a urine specimen to personnel of the United States Probation Office on January 11, 2008 which was diluted. |
|  | Enclarde submitted a urine specimen to personnel of the United States Probation Office on January 17, 2008 which tested positive for marijuana and cocaine. Enclarde admitted using marijuana on the occasion of the positive. He denied cocaine usage. |
|  | Enclarde submitted a urine specimen to personnel of the United States Probation Office on January 25, 2008 which tested positive for cocaine. Enclarde admitted using cocaine on the occasion of the positive. |
|  | Enclarde failed to attend scheduled appointments and failed to submit to random drug screens at Odyssey House on June 25 and 30, 2008 and July 1, 2, 3, 8, 10 and 11, 2008. |
| Mandatory Condition | Enclarde was arrested by personnel of the New Orleans Police Department on January 10, 2008 and was charged with public drunkeness. This charge is currently pending a trial in New Orleans Municipal Court under case number 1035167. |

GOVERNMENT
EXHIBIT
2

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

CUSTODIAL STATUS :

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 15, 2008

_____
Jill M. Schneckenburger
U.S. Probation Officer

REVIEWED BY:

_____
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of  Judicial Officer

_7/22/08_____
Date

Address of Offender:    9 San Carlos
                        Jefferson, LA 70121

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
        Original    -  Clerk's Office
        1 Copy Certified    -  U.S. Attorney
        1 Copy Certified    -  U.S. Marshal's Office
        2 Copies Certified  -  U.S. Probation Office

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE
INITIAL APPEARANCE HEARING