UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-263 |
| v. | * | SECTION: "C" |
| HARRISON ENCLARDE | * | |
| | * * * | |

**O R D E R**

**IT IS HEREBY ORDERED** that the defendant, Harrison Enclarde, be brought before this Court, a copy of this rule be served upon him, and that he show cause, if any he can, on the **20th** day of **August, 2008**, at **9:00 a.m.**, why the supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for violations of the terms and conditions of his supervised release.

New Orleans, Louisiana, this __6th__ day of __August__, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE