**MINUTE ENTRY**
**BERRIGAN, J.**
**AUGUST 20, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-263 |
| HARRISON ENCLARDE | SECTION: "C" |

### RULE TO REVOKE SUPERVISED RELEASE

**APPEARANCES:**   Gina Vann, Asst. U.S. Attorney
Samuel Scillitani, Counsel for Defendant
Harrison Enclarde, Defendant
Jill Schneckenburger, U. S. Probation Officer

COURT REPORTER:     Cathy Pepper
COURTROOM DEPUTY:   Kimberly County

**Case called; all present & ready.**
**Deft stipulates that he has violated the conditions of his supervised release.**
**ORDERED - Supervised Release imposed on February 14, 2001, is REVOKED.**
**Deft sentenced to the Bureau of Prisons for 11 months as to Counts 1 and 2, to run concurrently.**
**Deft remanded to USM.**
**Court adjourned.**

JS-10:  00:04