⭘AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____LOUISIANA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| HARRISON ENCLARDE | Case Number: 053L 2:00CR00263-001 "C"<br>USM Number: 26640-034<br>SAMUEL SCILLITANI<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of conditions   as specified in the Rule to Revoke   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Enclarde was arrested for public drunkenness | January 10, 2008 |
| Special Condition No. 2 | Enclarde submitted a urine specimen which was diluted | January 11, 2008 |
| | Enclarde submitted a urine specimen which was positive for marijuana and cocaine | January 17, 2008 |
| | Enclarde submitted a urine specimen which was positive for cocaine | January 25, 2008 |
| | Enclarde failed to submit to drug testing on June 25 and 30, 2008 and July 1, 2, 3, 8, 10 and 11, 2008. | July 11, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ###-##-9366 | AUGUST 20, 2008<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: JANUARY 4, 1981 | *(signature)*<br>Signature of Judge |
| Defendant's Residence Address:<br>INCARCERATED | |
| | HELEN G. BERRIGAN, UNITED STATES DISTRICT JUDGE<br>Name and Title of Judge |
| | AUGUST 21, 2008 |

**COURT REPORTER:**      CATHY PEPPER
**U. S. ATTORNEY:**      GINA VANN
**PROBATION OFFICER:**   JILL SCHNECKENBURGER
**COURTROOM DEPUTY:**    KIMBERLY COUNTY

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:         HARRISON ENCLARDE
CASE NUMBER:       053L 2:00CR00263-001 "C"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

11 MONTHS AS TO COUNTS 1 & 2, TO RUN CONCURRENTLY

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL