# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

HARRISON ENCLARDE

WARRANT FOR ARREST

CASE NUMBER: CR 00-263 C(3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Harrison Enclarde  9 San Carlos  Jefferson, LA  70121** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    (X) Violation Notice

charging him or her with Violation of Supervised Release

---

**LORETTA G. WHYTE**
Name of Issuing Officer

*P. Hebert* (signature)
Signature of Issuing Officer
(By) Deputy Clerk

**CLERK**
Title of Issuing Officer

**July 23, 2008   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____   by _____
                                         Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  500 POYDRAS ST, NOLA |

| DATE RECEIVED  7-23-08 | NAME AND TITLE OF ARRESTING OFFICER  DOUGLAS BELL  DUSM | SIGNATURE OF ARRESTING OFFICER  (signature)   Fee_____  Process_____  X Dkt_____  OrigmDep_____  Doc. No_____ |
|---|---|---|
| DATE OF ARREST  7-29-08 | | |

*Stamps: FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2008 AUG 25 PM 12:33 LORETTA G. WHYTE CLERK; RECEIVED UNITED STATES MARSHAL 2008 JUL 23 PM 3:47 EASTERN DISTRICT OF LOUISIANA; RETURN*

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____